## IN THE CIRCUIT COURT OF LAKE COUNTY ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

U. S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE,

    Plaintiff,

      v.

JOAN R. OLSEN, et al.,

    Defendants.

**02C 8486**

JUDGE LEINENWEBER No. 02 CH 1417

MAGISTRATE JUDGE DENLOW

FILED-ED4
02 NOV 21 PH 2: 22
U.S. DISTRICT COURT
CLERK DISTRICT COURT

DOCKETED
NOV 2 1 2002

### NOTICE OF FILING OF NOTICE OF REMOVAL

To:   SALLY COFFELT, Clerk
      Circuit Court of Lake County
      18 North County Street
      Waukegan, Illinois 60085

      MYLES S. OLSEN, JR.
      495 Randolph Court
      Barrington, Illinois 60010

      AMY McCRACKEN
      Much Shelist
      200 North LaSalle Street
      Suite 2100
      Chicago, Illinois 60601-1095

      JOAN R. OLSEN
      495 Randolph Court
      Barrington, Illinois 60010

PLEASE TAKE NOTICE that on the 21st day of November, 2002, the United States of America filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois, at Chicago, its notice of the removal of the above-entitled action to the said United States District Court.

The United States of America requests that the Clerk of the Circuit Court of Lake County, Illinois, forward certified copies of all papers, pleadings, orders, records, or other materials relating to the above-entitled action to the United States District Court for the Northern District of Illinois in Chicago, Illinois.

A copy of the Notice of Removal, without attachments, is attached to this Notice.

USBank\FileRemove.Notice

PLEASE TAKE FURTHER NOTICE that, as provided by 28 U.S.C. § 1446(d), the Circuit Court of Lake County "shall proceed no further unless and until the case is remanded."

PATRICK J. FITZGERALD
United States Attorney

DOUGLAS W. SNOEYENBOS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6558

USBank\FileRemove.Notice

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES'

NOTICE OF FILING OF NOTICE OF REMOVAL has this 21st day of November, 2002,

been made on the following by depositing a true copy in the United States mail,

postage prepaid, addressed to:

Pierce & Assoc.
18 S. Michigan Ave., 12th Flr
Chicago, IL 60603
AMY McCRACKEN
Much Shelist
200 North LaSalle Street
Suite 2100
Chicago, Illinois 60601-1095

MYLES S. OLSEN, JR.
495 Randolph Court
Barrington, Illinois 60010

JOAN OLSEN
495 Randolph Court
Barrington, Illinois 60010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE LEINENWEBER
MAGISTRATE JUDGE DENLOW

U. S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE,

        Plaintiff,

    v.

JOAN R. OLSEN, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)

# 02C 8486

CAUSE NO.

FILED-FD4
02 NOV 21 PM 2:22
CLERK
U.S. DISTRICT COURT

## NOTICE OF REMOVAL

To:    SALLY COFFELT, Clerk
       Circuit Court of Lake County
       18 North County Street
       Waukegan, Illinois 60085

       MYLES S. OLSEN, JR.
       495 Randolph Court
       Barrington, Illinois 60010

AMY McCRACKEN
Much Shelist
200 North LaSalle Street
Suite 2100
Chicago, Illinois 60601-1095

JOAN R. OLSEN
495 Randolph Court
Barrington, Illinois 60010



DOCKETED
NOV 2 1 2002

The United States of America, defendant herein, gives notice that the above-

referenced action, which is now pending in the Circuit Court of Lake County, Illinois,

Cause No. 02 CH 1417, is hereby removed therefrom to this Court, under the provision

of 28 U.S.C. §§ 1441, 1442, 1444, and 1446.

In support thereof, defendant states:

1. The United States of America has been named as a defendant in this action,

which was commenced in the Circuit Court of Lake County, Illinois, by the filing of the

plaintiff's complaint for foreclosure of a mortgage lien on real property at 495 Randolph

Court, in Barrington, Illinois.

USBank\Removal.Notice

2.  The plaintiff's action is one to foreclose a mortgage lien upon real property that is subject to federal tax liens.  The United States of America has an interest in the real estate that is the subject of the plaintiff's action by virtue of federal tax liens that have attached to all property and rights to property of Myles S. Olsen, Jr., who holds title to the real property through his nominee, Joan R. Olsen, his wife.  As the result of the United States' federal tax lien interest in the real property, issues of federal law and of sovereign immunity arise in this action.

3.  As an action to foreclosure a mortgage lien on real property in which the United States holds an interest, this action is removable to the appropriate U.S. district court pursuant to the provisions of 28 U.S.C. § 1444.  The real property at issue is situated within the geographical jurisdiction of this Court.

4.  Copies of all pleadings and process available to this defendant, the United States, in this cause, are attached hereto.

USBank\Removal.Notice

5. This notice is filed on or before thirty days after proper service of the plaintiff's complaint on the United States.

PATRICK J. FITZGERALD
United States Attorney



DOUGLAS W. SNOEYENBOS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6558

3                                            USBank\Removal.Notice

STATE OF ILLINOIS

COUNTY OF LAKE

FILED

IN THE CIRCUIT COURT FOR THE 19TH JUDICIAL CIRCUIT
LAKE COUNTY - WAUKEGAN, ILLINOIS

AUG 16 2002

CIRCUIT CLERK

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ) ) ) | |
| PLAINTIFF | ) ) | NO. |
| VS | ) ) | JUDGE 02 CH 1417 |
| JOAN R. OLSEN; MYLES OLSEN JR; THE UNITED STATES OF AMERICA; UNKNOWN HEIRS AND LEGATEES OF JOAN R. OLSEN, IF ANY; UNKNOWN OWNERS AND NON RECORD CLAIMANTS ; | ) ) ) ) ) ) | |
| DEFENDANTS | ) | |

## COMPLAINT TO FORECLOSE MORTGAGE

For its Complaint Plaintiff says:

1. Plaintiff files this Complaint to Foreclose the mortgage, trust deed or other conveyance in the nature of a mortgage (hereinafter called "Mortgage") hereinafter described, pursuant to 735 ILCS 5/15-1101 et. seq. of the Illinois Code of Civil Procedure, and joins persons named in the caption as "Defendants", as parties hereto.

2. Attached as "EXHIBIT A" is a true copy of the Mortgage. Attached as "EXHIBIT B" is a true copy of the Note secured thereby.

3. Information concerning said Mortgage:

    (a)   Nature of the instrument: Mortgage.

    (b)   Date of the Mortgage: February 23, 2001

    (c)   Name of the mortgagors or grantors:

        JOAN R. OLSEN;

    (d)   Name of the mortgagee, trustee or grantee in the Mortgage:

NEW CENTURY MORTGAGE CORPORATION

    (e)   Date of Recording or Registering: March 16, 2001

    (f)   Place of Recording or Registering:

Office of the Recorder of Deeds of Lake County, Illinois

(g)   Identification of Recording: Document No. 4459090

(h)   Interest Subject to the mortgage: Fee Simple.

(i)   Amount of Original Indebtedness: $450,000.00

(j)   Capacity in which Plaintiff brings this suit:
      Plaintiff is the legal holder, agent or nominee of the
      legal holder, of the indebtedness.  Plaintiff is the
      owner, agent or nominee of the owner, of the Mortgage
      given as security.

(k)   Legal description of mortgaged premises:

LOT 24 IN EAST OAKSBURY SUBDIVISION OF PART OF THE NORTHEAST
1/4 OF SECTION 24, TOWNSHIP 43 NORTH, RANGE 9, EAST OF THE
THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF
RECORDED MAY 16, 1969 AS DOCUMENT 1421639, IN BOOK 47 OF
PLATS, PAGES 60 AND 61, IN LAKE COUNTY, ILLINOIS.

COMMONLY KNOWN AS:

            495 RANDOLPH COURT
            NORTH BARRINGTON, IL 60010

            TAX ID# 13-24-203-019


(l)   Statement as to amount now due:  After all payments
      received have been applied, mortgagors are now in default
      for the monthly payments for February 2002 through the
      present; the balance due on the Note and the Mortgage is
      the total of the principal balance of $447,579.52, plus
      interest, costs and fees, and advances if any, made by
      the plaintiff.  The per diem interest rate is $114.80.

(m)   Name of present owners of said premises:

      JOAN R. OLSEN;

(n)   Names of persons in addition to said owners, but
      excluding any non-record claimants as defined in the
      Illinois Mortgage and Foreclosure Act who are joined as
      Defendants and whose interest in, or lien on, the
      mortgaged real estate is sought to be terminated:


      MYLES OLSEN JR , by virtue of the fact that, upon
      information and belief, he/she/they may have some
      interest in the subject real estate; the interest of
      this Defendant, if any, is unknown to the Plaintiff
      but Plaintiff alleges this Defendant's interest is
      subordinate and inferior to the lien of its Mortgage.

      THE UNITED STATES OF AMERICA , by virtue of the fact

that, upon in_____on and belief, he/she, ch__ may
have some inte__ __t in the subject real estat__ the
interest of this Defendant, if any, is unknown to the
Plaintiff but Plaintiff alleges this Defendant's
interest is subordinate and inferior to the lien of
its Mortgage.

UNKNOWN HEIRS AND LEGATEES OF JOAN R. OLSEN, IF ANY ,
by virtue of the fact that, upon information and
belief, may have some interest in the subject real
estate. The interest, if any, of this defendant is
subordinate and inferior to the lien and interest of
the plaintiff herein.

(o)  Names of persons claimed to be personally liable for
     deficiency unless personal liability is discharged in a
     Bankruptcy proceeding, or otherwise released:

     JOAN R. OLSEN;

(p)  Plaintiff seeks to include in the Judgment the
     Plaintiff's attorneys' fees, costs and expenses.

4.   Plaintiff alleges that in addition to persons designated by
     name herein and the Unknown Defendants referred to above, there
     are other persons, and/or non-record claimants who are
     interested in this action and who have or claim some right,
     title, interest or lien in, to or upon the real estate, or some
     part thereof, in this Complaint described, including but not
     limited to the following:

UNKNOWN OWNERS AND NON RECORD CLAIMANTS, IF ANY.

That the name of each of such persons is unknown to the Plaintiff and
on diligent inquiry cannot be ascertained, and all such persons are
therefore made party defendants to this action by the name and
description of UNKNOWN OWNERS and NON-RECORD CLAIMANTS.

5.   That should a deficiency result from the foreclosure sale of
     the subject property, Plaintiff may seek an In Personam or an
     In Rem deficiency judgment, unless the defendant(s) which are
     liable on the subject mortgage note have had personal liability
     on said note discharged in a Bankruptcy proceeding or if said
     liability has been otherwise discharged or released.

6.   That should the subject property be vacant, the Plaintiff may
     seek to have the Court find that the property is abandoned
     pursuant to 735 ILCS 5/15-1603, Illinois Code of Civil
     Procedure.

7.   That the Plaintiff may seek appointment of Mortgagee in
     Possession or appointment of receiver.

WHEREFORE, PLAINTIFF REQUESTS:

1.   A Judgment of Foreclosure and Sale.

2.   A Judgment for attorneys' fees, costs and expenses.

3.   An Order Approving the Foreclosure Sale and an Order
     granting possession.

4.   An In Personam or an In Rem Deficiency Judgment, if
     sought, unless defendant(s) have had personal liability
     on the subject mortgage note discharged in a Bankruptcy
     proceeding, or otherwise released.

5.   An order granting a shortened redemption period, if
     sought.

6    Appointment of Mortgagee in Possession or Receiver, if
     sought.

7.   Such other and further relief as the Court deems just.


                        U.S. BANK NATIONAL ASSOCIATION, AS
                        TRUSTEE

                        By: _Richard M. Rosenbaum_____

                            PIERCE & ASSOCIATES     ARDC #0223870/
                            Its Attorneys


PIERCE & ASSOCIATES, Attorneys for Plaintiff, Twelfth Floor,
18 South Michigan Avenue, Chicago, Illinois 60603
TEL.(312) 346-9088, FAX (312) 346-1557, PA0203463

IN THE CIRCUIT COURT OF LAKE COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

U.S. BANK NATIONAL ASSOCIATION, )
AS TRUSTEE )
  )
      Plaintiff, )
  )
   vs. )    NO.   02 CH 1417
  )
JOAN R. OLSEN, ET AL., )
  )
     Defendants. )

TO:    SEE ATTACHED SERVICE LIST


On October 17, 2002, I shall appear before the Honorable Judge Margaret Mullen or any judge sitting in her stead at 9:00 a.m. or as soon thereafter as counsel may be heard in the courtroom 302 or such other courtroom as is usually occupied by her in the Lake County Courthouse, located at 18 North County Street, Waukegan, Illinois 60085, and present the attached

**MOTION TO DISMISS THE UNITED STATES OF AMERICA**


PATRICK J. FITZGERALD
United States Attorney

By: _____

JOEL NATHAN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-8449
Attorney No. 02019566

## PROOF OF SERVICE

DONNA M. OSOWSKI being first duly sworn on oath deposes and says that she is employed in the office of the United States Attorney for the Northern District of Illinois; that on the _10TH_ day of _OCTOBER_ 2002, she placed a copy of the MOTION TO DISMISS THE UNITED STATES OF AMERICA in an envelope, first class postage prepaid, addressed to each of the following named individuals and caused each envelope to be deposited in the United States mail chute located in the Everett McKinley Dirksen Building, Chicago, Illinois, on said date.

Pierce & Associates
Twelfth Floor
18 S. Michigan Ave.
Chicago, IL 60603

_Donna M. Osowski_

SUBSCRIBED AND SWORN TO before me

this _10th_ day of _October_ , 2002

_Mary Jo Ochs_

NOTARY PUBLIC

"OFFICIAL SEAL"
Mary Jo Ochs
Notary Public, State of Illinois
My Commission Exp. 09/09/2006

IN THE CIRCUIT COURT OF LAKE COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 02 CH 1417 ) |
| JOAN R. OLSEN, ET AL., | ) ) |
| Defendants. | ) |

## MOTION TO DISMISS THE UNITED STATES OF AMERICA

The United States of America, by PATRICK J. FITZGERALD, United States Attorney, and

pursuant to 735 ILCS 5/2-619 (a)(1), moves this court to dismiss the United States of America as

a party defendant and in support thereof, states as follows:

1.      Plaintiff's complaint is for the foreclosure of its mortgage, recorded on March 16,

2001, as document number 4659090.

2.      Plaintiff joins the United States of America on account of the Internal Revenue

Service's ("IRS") tax lien on the subject property.

3.      The IRS notice of tax lien was recorded on February 27, 2001, as document number

4650200. Thus, the notice of tax lien was recorded prior to the Plaintiff's lien.

4.      Plaintiff's suit to foreclose its lien can terminate only rights or claims of interest

junior to the interest its asserts and not interests in the subject property that are senior to plaintiff's,

such as the United States'.

5.      Pursuant to 28 U.S.C. § 2410(c), "a sale to satisfy a lien inferior to one of the United

States shall be made subject to and without disturbing the lien of the United States, unless the United

States consents that the property may be sold free of its lien and the proceeds divided as the parties

may be entitled." Thus, unless the United States consents, Plaintiff's suit to foreclose its mortgage

can cut off only rights or claims of interest junior to the interest its asserts.

    6.    The United States has not consented that the property be sold free of its lien.

    WHEREFORE, defendant, UNITED STATES OF AMERICA, prays that this Court dismiss

the United States of America from these proceedings.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:

JOEL NATHAN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
Attorney No. 02019566



59965                                                    COURT RECORDING DATA
```
-----------------------------------------------+----------------------------------------------
       INTERNAL REVENUE SERVICE               | Lien Recorded   : 02/27/2001 - 00:00AM
 FACSIMILE FEDERAL TAX LIEN DOCUMENT          | Recording Number: 4650200
                                              | UCC Number      :
                                              | Liber           :
                                              | Page            :
-----------------------------------------------+----------------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #7         | IRS Serial Number: 360172217
Lien Unit Phone: (312) 566-2855               |
-----------------------------------------------+----------------------------------------------
```
                   This Lien Has Been Filed in Accordance with
                   Internal Revenue Regulation 301.6323(f)-1.

---

Name of Taxpayer :
   JOAN OLSEN AS THE NOMINEE OF MYLES, Nominee of
      S. OLSEN JR.

---

Residence :
   495 RANDOLPH COURT
   NORTH BARRINGTON, IL 60010

---

   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 6672 | 06/30/1985 | 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 | 05/12/1992 | 06/11/2002 | 808164.29 |
| 6672 | 09/30/1987 | 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 | 05/12/1992 | 06/11/2002 | 96321.63 |
| 6672 | 03/31/1988 | 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 | 05/12/1992 | 06/11/2002 | 76006.50 |
| 6672 | 12/31/1997 | 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 | 01/11/1999 | 02/10/2009 | 196227.67 |

---

```
Filed at:    Recorder of Deeds
             Lake County                        Total  | $    1176720.09
             Waukegan, IL 60085
-----------------------------------------------------+----------------------------------------
```
This notice was prepared and executed at CHICAGO, IL
on this, the 09th day of February, 2001.

---

```
Authorizing Official:                   | Title:
   D. COLLINS                           | REVENUE OFFICER          36-01-3158
```

---

IN THE CIRCUIT COURT OF LAKE COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

U.S. BANK NATIONAL ASSOCIATION, )
AS TRUSTEE )
                      )
        Plaintiff, )
                      )
     vs. )     NO.    02 CH 1417
                      )
JOAN R. OLSEN, ET AL., )
                      )
        Defendants. )

## O R D E R

This matter coming on United States of America, by PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, motion to dismiss the United States of America

as a party defendant and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, that the United States of America be and hereby is dismissed

as a party defendant and that any decree of foreclosure entered by this count omit any interest of the

United States of America as an interest in property foreclosed.

ENTER:

_____
                 J U D G E

DATED: _____

Joel Nathan
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
(312) 353-8449
Attorney No. 02019566

STATE OF ILLINOIS }
} ss
COUNTY OF LAKE }

### IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
### LAKE COUNTY, ILLINOIS

UNITED STATES BANK,

vs.

JOAN R. OLSEN

No. 02 CH 1417

FILED
OCT 17 2002
CIRCUIT CLERK

### ORDER

This matter coming on the United States' motion to dismiss, US Bank appearing and requesting time to respond, and the court being advised chiefs in premises, IT IS ORDERED,

1. United States' Bank shall have until January 17, 2003 to respond;

2. The United States is granted until February 7, 2003 to reply;

3) The United States' motion to dismiss is set for hearing on February 20, 2003 at 9:14 am.

Dated at Waukegan, Illinois this _____ day of _____, 20____

ENTER: _____
Judge
MARGARET J. MULLEN

ORDER PREPARED BY: JOEL NATHAN, ASS'T US ATTY
(Please Print Name and Address)
219 S. DEARBORN
CHICAGO, IL 60604

171-94 rev 1/00

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES'
NOTICE OF REMOVAL has this _21st_ day of November, 2002, been made on the
following by depositing true copies thereof in the United States mail, postage prepaid,
addressed to:

```
Pierce & Assoc.
18 S. MichiganAve., 12th Flr.
Chicago, IL 60603
```

AMY McCRACKEN
Much Shelist
200 North LaSalle Street
Suite 2100
Chicago, Illinois 60601-1095

MYLES S. OLSEN, JR.
495 Randolph Court
Barrington, Illinois 60010

JOAN OLSEN
495 Randolph Court
Barrington, Illinois 60010

USBank\Removal.Notice

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
U.S. Bank National Assocation, As Trustee

JUDGE LEINENWEBER **02C**

## DEFENDANTS
United States of America

**8486**

FILED

(b) County of Residence of First Listed Plaintiff **Lake**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

MAGISTRATE JUDGE DENLOW

(c) Attorney'S (Firm Name, Address, and Telephone Number)
Much Shelist Freed Denenberg Ament & Rubenstein, P.C.
200 N. LaSalle St., Suite 2100
Chicago, Il 60601
(312) 346-3100

Attorneys (If Known)
Douglas W. Snoeyenbos, Trial Attorney, Tax Division
U.S. Department of Justice, P.O. Box 55, Ben Franklin Station
Washington, DC 20044
(202) 307-6558

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLT | DEF | | PLT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

NOV 2 1 2002

## IV. NATURE OF SUIT (Place an "X " in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 810 Selective Service |
| Student Loans (Excl. | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 850 Securities/Commodities/ |
| Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **LABOR** | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | ☐ 710 Fair Labor Standards | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | | Act | ☐ 861 HIA (1395ff) |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☒ 220 Foreclosure | ☐ 442 Employment | Sentence | | & Disclosure Act | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party | ☐ 950 Constitutionality of State |
| | | ☐ 550 Civil Rights | | Security Act | 26 USC 7609 | Statutes |
| | | ☐ 555 Prison Condition | | | | ☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE

DOCKET NUMBER

DATE
11-21-2002

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.